United States District Court
Southern District of Texas
**ENTERED**
August 30, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RHONDA THOMPSON, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, PLAINTIFF, | § § § § § § | |
| v. | § § | C.A. NO 4:22-CV-473 |
| BP AMERICA PRODUCTION COMPANY AND ENSLEY PROPERTIES, INC. DEFENDANTS. | § § § § § | COLLECTIVE ACTION |

## ORDER OF DISMISSAL

Plaintiff Rhonda Thompson and Defendants, BP America Production Company and Ensley Properties, Inc., have filed an Agreed Motion to Dismiss With Prejudice all claims against Defendants, BP America Production Company and Ensley Properties, Inc. with prejudice. Therefore, it is ORDERED, ADJUDGED, and DECREED that:

(1) All Plaintiff's claims and causes of action against Defendants, BP America Production Company and Ensley Properties, Inc., are hereby DISMISSED WITH PREJUDICE;

(2) Each party shall bear its own costs.

SIGNED this the 30 day of August, 2022 at Houston, Texas.

David Hittner
United States District Judge